738

Fifth Circuit denied. *Messrs. W. R. C. Cocke, James F. Wright* and *Robert S. Parker* for petitioner. *Mr. John A. Hynds* for respondent.

No. 682. DEGENER ET AL. *v.* BOYD, TRUSTEE. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Otto C. Wierum* for petitioners. *Mr. David W. Kahn* for respondent.

No. 685. EARLY & DANIEL Co. *v.* PEARSON, RECEIVER. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. A. O. B. Sparks* and *R. F. Brock* for petitioner. *Mr. George S. Jones* for respondent.

No. 688. MEINRATH BROKERAGE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Chester A. Gwinn* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for respondent.

No. 630. BRACE *v.* GAUGER-KORSMO CONSTRUCTION Co. ET AL.; and

No. 631. FIDELITY BOND & MORTGAGE Co. ET AL. *v.* SAME. April 14, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James Love Hopkins* for petitioners. *Messrs. Will G. Akers* and *A. Longstreet Heiskell* for respondents.